# Court of Appeals
# of the State of Georgia

ATLANTA,__May 26, 2017_____

*The Court of Appeals hereby passes the following order:*

## A17D0447.  JULIANNA JAMES v. JEFFREY SCOTT JAMES et al.

Julianna James, the biological mother of L. R. S., also known as L. R. J., has filed an application for discretionary appeal of the trial court's final adoption order, in which it granted the child's maternal grandparents' petition for adoption and terminated James's parental rights.  James challenges the adoption in her application.

While OCGA § 5-6-35 (a) (12) provides that appeals from orders terminating parental rights require an application for discretionary appeal, orders that both terminate parental rights and grant adoptions may be appealed directly, as long as the appellant raises arguments on appeal challenging the adoption.  See *Sauls v. Atchison*, 326 Ga. App. 301, 303-304 (1) (756 SE2d 577) (2014); see also *Hafer v. Lowry*, 320 Ga. App. 76 (739 SE2d 84) (2013) (direct appeal of order terminating father's rights and granting stepparent adoption of child).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the trial court's order is subject to direct appeal.  Accordingly, James's application is hereby GRANTED.  She shall have 10 days from the date of this order to file a notice of appeal with the superior court.  The superior court is instructed to include a copy of this order in the appellate record.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__05/26/2017_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.